Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ******2841/ Our File No. 10-01-1207

Attorney for Secured Creditor
Aurora Loan Services

ECF FILED ON 1/29/2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

JAMES P. COOLEY

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 09-33590-MKN

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO: **JAMES P. COOLEY**     DEBTORS
TO: **PRO SE DEBTOR**       ATTORNEY FOR THE DEBTOR(S)
TO: **Kathleen A. Leavitt** CHAPTER 13 TRUSTEE
TO: **ALL INTERESTED PARTIES**
TO: **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN that** Aurora Loan Services, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

**Date: 1/29/2010**

/s/ Michael W. Chen
Michael W. Chen, Esquire
Attorney for Secured Creditor
Aurora Loan Services

- 1 -

**CERTIFICATE OF SERVICE**

The undersigned hereby declares and certifies that on January 29, 2010, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

>TRUSTEE
>Kathleen A. Leavitt
>courtsecf@las13.com

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Yvette Deriada_____
An employee of THE COOPER CASTLE LAW FIRM