

**Entered on Docket
April 05, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89101
Telephone: (702) 853-0700
Email: kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK-S 09-33590 MKN |
| ) | Chapter 13 |
| JAMES P. COOLEY, ) | |
| ) | Confirmation Hearing: |
| ) | Date: March 11, 2010 |
| Debtor(s). ) | Time: 1:30 p.m. |

### ORDER DENYING CONFIRMATION OF DEBTOR(S) PROPOSED CHAPTER 13 PLAN #1

The hearing regarding confirmation of the Debtor(s) proposed Chapter 13 Plan #1 was held on March 11, 2010; notice of said hearing was properly given; the Trustee being represented by Sarah E. Smith, Esq., and good cause appearing, therefor;

**IT IS HEREBY ORDERED** that confirmation of the Debtor(s) proposed Chapter 13 Plan #1 is **DENIED**.

Submitted by:

/s/      Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
(MJB)
Dated:      3/15/10

1  BK-S 09-33590 MKN
   JAMES P. COOLEY
2  "Order Denying Confirmation of Debtor(s) Proposed Chapter 13 Plan #1

3

4
   **LR 9021 CERTIFICATION**:
5
   In accordance with LR 9021, counsel submitting this document certifies as follows:
6
   ( X )    I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, any unrepresented
7  parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the
   Order, or failed to respond, as indicated below:
8
   **NO PARTY APPEARED OTHER THAN MOVANT**
9

10                                          2
                                           ###
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28